No. 94–5579.  GARDNER v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–5650.  ORTIZ v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION.  C. A. 1st Cir.  Certiorari denied.

No. 94–5747.  LEDFORD v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 94–5788.  DAVIS v. RUNYON, POSTMASTER GENERAL, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–5910.  MIGHTY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–5989.  BUCKLEY v. FITZSIMMONS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–6015.  SUTHERLAND v. LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 94–6038.  WILKERSON v. WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–6045.  ADAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 94–6048.  MILTON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–6064.  FLEMING v. UNITED STATES POSTAL SERVICE AIR MAIL FACILITY AT O'HARE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–6094.  HAMILTON v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 94–6112.  FORD v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–6162.  RICHARDSON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.